# Third District Court of Appeal
## State of Florida

Opinion filed December 29, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-465
Lower Tribunal No. F94-36429

————————

**Andre Burke,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Law Offices of Richard Rosenbaum, and Richard L. Rosenbaum (Fort Lauderdale), for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before EMAS, LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed.